IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HELENA CHEMICAL COMPANY**                                              **PLAINTIFF**

**v.**                              **2:07-CV-00043-WRW**

**ALLEN LOVELESS,** *et al.*                                              **DEFENDANTS**

## ORDER

1.      On February 19, 2008, Plaintiff filed a Motion for Summary Judgment (Doc. No. 16).

2.      On March 18, 2008, Defendants responded (Doc. No. 25), but did not file a statement of material facts; nor did Defendants contest Plaintiff's statement of material facts. Thus, Defendants are in violation of Local Rule 56.1.

3.      By 5:00 p.m. on Monday, March 31, 2008, Defendants must file a pleading setting forth why the Court ought not, in fairness, enter summary judgment for Plaintiff in view of the violation of Local Rule 56.1

IT IS SO ORDERED this 25th day of March, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE