UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

April 2, 2008

Mr. Charles Allen
Allen Law Firm
Post Office Box 2602
West Helena, AR 72390-2602

    Re:    *Helena Chemical Company v. Allen Loveless, et. al.*, 2:07-CV-00043-WRW

Dear Mr. Allen:

Plaintiff contends -- correctly, I believe -- that Defendants' proposed counterclaim is a compulsory one, thus has not been presented in time.

In the Order of March 25, 2008 (Doc. No. 28), I directed Defendants to show good cause why you didn't file the statement of facts required by Local Rule 56.1 in a timely manner, and why summary judgment should not be entered against Defendants. Defendants have not addressed this point.

Defendants are directed to file specific, plenary responses to the above by 12:00 noon on     April 10, 2008.

                                  Cordially,

                                  /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record