IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HELENA CHEMICAL COMPANY,**                                                        **PLAINTIFF**

v.                              NO: 2-07-CV-00043 BSM

**ALLEN LOVELESS and**
**KDL FARMS, a partnership,**                                                        **DEFENDANTS**

**SCOULAR COMPANY**                                                                  **GARNISHEE**

## ORDER DISMISSING GARNISHEE

Based upon the answer of Garnishee stating that it is not indebted to Defendants, the writ of garnishment served by the plaintiff upon Scoular Company as garnishee shall be, and hereby is, dismissed, and Scoular Company is hereby released from any and all liability and obligations imposed by the writ of garnishment served upon it.

_____
The Honorable Brian S. Miller
United States District Court Judge

Dated this 17th day of February, 2009