IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HELENA CHEMICAL COMPANY,**                                              **PLAINTIFF**

v.                              NO: 2-07-CV-00043 BSM

**ALLEN LOVELESS and**
**KDL FARMS, a partnership,**                                            **DEFENDANTS**

**BUNGE CORPORATION**                                                    **GARNISHEE**

## ORDER DISMISSING GARNISHEE

Based upon the motion of the Plaintiff, the writ of garnishment served by the Plaintiff upon Bunge Corporation as Garnishee shall be, and hereby is, dismissed without prejudice to re-filing at later date, and Bunge Corporation is hereby released from any and all liability and obligations imposed by the writ of garnishment served upon it.

_____
The Honorable Brian S. Miller
United States District Court Judge

Dated this _23rd day of July, 2009

Prepared by:
Lax, Vaughan, Fortson,
   Jones & Rowe, P.A.
11300 Cantrell Road West, Suite 201
Little Rock, Arkansas  72212
501-376-6565 (office)
501-376-6666 (fax)