IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HELENA CHEMICAL COMPANY,**                                              **PLAINTIFF**

**v.**                          **NO: 2-07-CV-00043 BSM**

**ALLEN LOVELESS and**
**KDL FARMS, a partnership,**                                              **DEFENDANTS**

## ORDER DISMISSING UNSERVED WRITS OF GARNISHMENT

Based upon the motion of the Plaintiff advising the Court that the writs of garnishment issued at Docket #69, #70, #71, #72, and #73 were requested in error and never served, these writs shall be, and hereby are, dismissed.

_____
The Honorable Brian S. Miller
United States District Court Judge

Dated this 24th day of July, 2009

Prepared by:
Lax, Vaughan, Fortson,
  McKenzie & Rowe, P.A.
11300 Cantrell Road West, Suite 201
Little Rock, Arkansas  72212
501-376-6565 (office)
501-376-6666 (fax)