**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**HELENA CHEMICAL COMPANY,**                                                      **PLAINTIFF**

**v.**                              **NO: 2-07-CV-00043 BSM**

**ALLEN LOVELESS and
KDL FARMS, a partnership,**                                                       **DEFENDANTS**

**GRIFFIN GRAIN**                                                                 **GARNISHEE**

## ORDER DISMISSING GARNISHEE

Having sold the grain it held in storage on behalf of Defendants and agreement between the parties, the writ of garnishment served by the plaintiff upon Griffin Grain as garnishee shall be, and hereby is, dismissed, and Griffin Grain is hereby released from any and all liability and obligations imposed by the writ of garnishment served upon it.

_____
The Honorable Brian S. Miller
United States District Court Judge

Dated this 24th day of July, 2009

Prepared by:
Lax, Vaughan, Fortson,
   McKenzie & Rowe, P.A.
11300 Cantrell Road West, Suite 201
Little Rock, Arkansas  72212
501-376-6565 (office)
501-376-6666 (fax)